IN RE:  UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　　　　WESTERN DISTRICT OF LOUISIANA
**Kenneth R. Beasley**　　　LAFAYETTE DIVISION　　　CASE NO.: 12-50282

**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## 1st AMENDED CHAPTER 13 PLAN PRE CONFIRMATION (6-2-12)

**Reasons for Modification:** This plan amends the original plan filed on March 13th, 2012. This pleading is a pre-confirmation modification of Debtor(s) Chapter 13 Plan of Repayment filed by the above captioned Debtor(s). The changes to the original plan are indicated in *italics* and underlined.

**Reasons for Modification:**

　　1.) Tower Loan objection cured herin.

NUMBER OF MONTHS:　　**36**
PAYMENT AMOUNT:　　**$815.00**
FIRST PMT. DUE DATE:　**April 9, 2012**
ADDITIONAL PLEDGES:　Debtor(s) shall remit to the Trustee copies of Federal and State tax returns required to be filed for tax years **11, 12, and 13** AND any proceeds received from tax refunds, **excluding EIC**.

### I. DIRECT PAYMENTS
　　A. **Nissan Motor Acceptance** has a lien on Debtor(s) **2012 Nissan Frontier** Debtor(s) shall pay this directly "outside the plan, **$532.00 per month**.

### II. CLAIMS SATISFIED BY SURRENDER OF COLLATERAL.

　　A. **GE Money Bank** has a lien on a **Suzuki Motorcycle**, which is surrendered in PART satisfaction of the debt.

### III. PAYMENTS DISTRIBUTED BY TRUSTEE
　　A. ADMINISTRATIVE CLAIMS
　　1. GERALD J. BREAUX requests a fee of **$2800.00** to be paid from property of the estate, in minimum monthly payments of **$859.39.** Plus, additional funds remaining after payment of trustee and adequate protection payments, whether caused by delay in payment of mortgage payments or other reasons. Any such fees remaining due after the effective date of the plan will be paid in concurrent with trustee fees, APP, monthly mortgage payments and domestic support payments from total funds available.

　　B. POST-PETITION MONTHLY MORTGAGE PAYMENTS
　　　1. None

　　C. SECURED CREDITORS RECEIVING 910 DAY "HANGING PARAGRAPH" TREATMENT*
　　　1. None

　　D. OTHER SECURED CREDITORS*
　　　*1.* **Tower Loan** *has a lien on a* **Miscellaneous Lawn Care Equipment**, *valued hereby at* **$3,000.00** *will be paid that value with* **5.25 % interest over 36 months**, *receiving* **AP** *payments of* **$45.00 for months 1 through 5**, *then payments of* **$95.60 in months 6 through 36. Total amortized payment: $3,188.59.*

　　E. PRIORITY CLAIMS
　　　1. None

F. UNSECURED CLAIMS
  1. NONDISCHARGEABLE
    a. None
  2. CO-SIGNED CLAIMS
    b. None
  *3. **Allowed General Unsecured Undisputed Claims** as listed in Schedule F, incorporated herein by reference thereto, and the Bifurcated (Under-secured) portion of secured creditors claims as set forth in section III (C&D) above, or allowed claims filed whether or not listed, estimated to be **$25,791.00**, shall receive a pro ratra share of an estimated **$20,400.00**, paying approximately **70.27%**.*

**IV. GENERAL TERMS**:

**(A)**  The effective date of this plan shall be six(6) months after **March 9, 2012**, the date of filing of the petition.

**(B)**  Title to Debtor(s)' property shall revest in Debtor(s) upon confirmation of a plan pursuant to 11 USC 1327(b) (or upon dismissal after confirmation per 11 USC 1329 or upon closing the case per 11 USC 350).

**(C)**  Confirmation of this plan shall be res judicata on the value of secured claims per Sec 506 and 1325, and approval of Debtor(s)' attorney's request for compensation provided such request is within the Court's approved "no-look" parameters. Any amounts in excess of the approved "no-look" shall be separately requested and noticed.

Respectfully Submitted:

> Simon, Fitzgerald, Cooke, Reed & Welch, Attorney's at Law
> One Lakeshore Dr., Capital One Tower, Suite 1600
> Lake Charles, LA 70629
> (337) 436-7222- E-mail:   jerry@simonfitzgerald.com
>
> By:   /s/ Gerald J. Breaux, #20500
> ATTORNEY FOR DEBTOR(S)

Date:  June 4, 2012